IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER RIOS,

        Plaintiff,

v.

PREMIER AUTOMATION
CONTRACTORS, INC.,

        Defendant.

No. 3:19-cv-02016-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge John Acosta issued a Findings and Recommendation [13] on May 20, 2020, in which he recommends that the Court deny Defendant's motion to dismiss. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [13]. Accordingly, Defendant's Motion to Dismiss [4] is DENIED. This case is STAYED pending issuance of a final order from the workers' compensation system regarding Defendant's status as a noncomplying employer or until further order of the Court.

IT IS SO ORDERED.

DATED: November 20, 2020.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER